UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-00402-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  BERNARDINO VALLE-GUZMAN,

      Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      A Sentencing hearing is set for **Wednesday, March 8, 2006, at 1:30 p.m.**

      All motions for downward departure shall be filed not later than **seven (7) days** prior to the date of sentencing.  Motions for acceptance of responsibility and motions to dismiss counts/indictment, and proposed orders shall be filed not later than **forty-eight (48) hours** prior to the date of sentencing.  Proposed orders shall also be electronically submitted to the chambers e-mail account.  This deadline does not in any way alter or affect deadlines for the filing of objections or other pleadings established pursuant to Rule 32 of the Federal Rules of Criminal Procedure.

      Dated:  December 20, 2005

                                    S/ Robert R. Keech
                                    Deputy Clerk